### New Haven Water Company *v.* Town of North Branford

The defendant's motion to dismiss the appeal from the Court of Common Pleas in New Haven County is denied.

*William F. Gallagher,* for the appellee (defendant).

*Richard G. Bell,* for the appellant (plaintiff).

Argued November 3—decided November 3, 1976

### Aija Van Patten *v.* Philip Van Patten

The motion by the firm Schweitzer, Hare and MacDonnell to withdraw its appearance for the plaintiff in the appeal from the Superior Court in New London County is granted.

*G. J. Stillson MacDonnell,* for the appellant (plaintiff).

No appearance for the appellee (defendant).

Argued November 3—decided November 3, 1976

### State of Connecticut *v.* Amos P. Joiner

The state's motion to dismiss the appeal from the Superior Court in New Haven County is granted.

*Ernest J. Diette, Jr.,* assistant state's attorney, for the appellee (state).

No appearance for the appellant (defendant).